No. 78–6810.  JOHNSON v. NEW YORK.  Ct. App. N. Y.
Certiorari denied.

No. 78–6811.  WATKINS v. NORTH CAROLINA.  Ct. App.
N. C.  Certiorari denied.

No. 78–6812.  HENDERSON v. UNITED STATES.  Ct. App.
D. C.  Certiorari denied.

No. 78–6814.  HORNE v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 78–6815.  WILLBORN v. UNITED STATES PAROLE COM-
MISSION.  C. A. 10th Cir.  Certiorari denied.

No. 78–6816.  MORROW v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 78–6817.  HALE v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 78–6818.  FREYRE v. FLORIDA.  Dist. Ct. App. Fla., 3d
Dist.  Certiorari denied.

No. 78–6819.  SHADD v. TRIDICO ET AL.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 78–6820.  LAPHAM v. NEW YORK.  App. Div., Sup. Ct.
N. Y., 3d Jud. Dept.  Certiorari denied.

No. 78–6822.  PAUL v. UNITED STATES.  C. A. D. C. Cir.
Certiorari denied.

No. 78–6824.  CAREY v. WAINWRIGHT, SECRETARY, DEPART-
MENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th
Cir.  Certiorari denied.

No. 78–6825.  SAULSBURY v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.